**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FLO-TECH MECHANICAL SYSTEMS, INC., individually and as the representatives of a class of similarly situated persons and entities, | Case No. 1:19-cv-07821 |
| Plaintiff, | Honorable Judge Virginia M. Kendall |
| v. | |
| PROXY PROTECTION, LLC, d/b/a FIRST AMERICAN CAPITAL, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO PROXY PROTECTION, LLC**

NOW COMES, FLO-TECH MECHANICAL SYSTEMS, INC. ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and in support if its Notice of Voluntary Dismissal as to Defendant PROXY PROTECTION, LLC, states as follows:

1. Plaintiff, individually and on behalf of a class of similarly situated individuals, filed a putative class action suit against Defendant Proxy Protection, LLC, d/b/a FIRST AMERICAN CAPITAL, pursuant to the Telephone Consumer Protection Act of 1991, 47 USC §227, *et seq*. The putative class action alleges that sent an advertising facsimile to Plaintiff without Plaintiff's express permission.

2. Proxy Protection, LLC was been served with summons and the Complaint. Dkt. 4.

3. After Proxy Protection, LLC was served, its in-house counsel reached out to the undersigned to explain that it was incorrectly sued as the sender of the subject facsimile.

4. Thereafter, counsel for Proxy Protection, LLC provided information which may identify the entity or person that sent the subject facsimile.

1

5. Plaintiff in the process of investigating the identity of the entity or person that sent the subject facsimile and will refile this Complaint if the entity or person that sent the subject facsimile is located and confirmed as a viable defendant.

6. As of today's date, by agreement, Proxy Protection, LLC has neither answered or moved for summary judgment.

7. Plaintiff believes that the identity of the Defendant in question will be answered prior to February 13, 2020, the initial status date that was set by this Honorable Court. Dkt. 5.[1]

8. For these reasons, Plaintiff wishes to voluntarily dismiss Proxy Protection, LLC and dismiss this case without prejudice until such time as Plaintiff identifies the entity or person that sent the subject facsimile.

WHEREFORE, Plaintiff hereby gives notice that this action should be voluntarily dismissed without prejudice against Defendant Proxy Protection, LLC with both each party named herein to bear their own attorney's fees and costs.

Dated: January 27, 2020                              Respectfully submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis, Esq.
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Ste. 200
Lombard, Illinois 60148
Telephone: 630-575-8181
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*

---

[1] The Court so desire to maintain this date to serve as a method to update the Court as to the identification of the proper Defendant.